FILED
JAN - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL H. ROSS,
7103 Tarquin Ave Plaintiff,
Camp Springs, MD 20748
          v.

Civil Action No. **06 0003**

TRIAD FINANCIAL CORPORATION
          Defendant,

OURISMAN CHEVROLET CO., INC.
          Defendant.

Leave to file without
Prepayment of Cost GRANTED
Colleen Kollar-Kotelly
Dec. 20, 2005

## MOTION

Now comes the Plaintiff, Daniel H. Ross, who moves this Court for leave to proceed in forma pauperis, and showing unto the District Court:

I, DANIEL H. ROSS, having been duly sworn, depose and say the Complaint is submitted in good faith and not for purposes of malicious prosecution. That in support of in support of my motion to proceed without being required to prepay fees, costs, or give security therefor; I state that because of my poverty I am entitled to redress. I am presently on a a fixed income which is below the nations' average low income status faced with mountain of medical bills due to colon cancer. That after paying my child support and rent there is not sufficient income to purchase food and pay for my medical prescriptions to retain my colon cancer in remission. I presently receive medical health care and prescription drugs due to my poverty situation. I have attached a copy of my bank statement, together with my medical ID provided by the State. My bank statement shows that I do not have any cash and have a negative balance of &700 plus. My automobile statement shows that I am in default pending disposition of repossession. I do not own any real estate, stocks, bonds or the like. I understand that false statements or answers to any content in my motion or complaint will subject me to penalties for perjury.

WHEREFORE, I pray for Leave to Proceed In Forma Pauperis with my complaint.

Respectfully submitted,

Daniel H. Ross

RECEIVED
DEC 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2



# Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

Page 1 of 2
Account Number: 0006 5056 6127
E0  P   0C Enclosures 0          4
Statement Period
07/01/05 through 07/31/05       0079!

00025182  1 MB  0.309 12    30001 001 SCM999 I1
DANIEL H ROSS TRUST ACCOUNT
PO BOX 443
CLINTON MD 20735-0443

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Simple Analysis Business Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 07/01/05 through 07/31/05 | Statement Beginning Balance | 745.27- |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 5.00 |
| Number of Withdrawals/Debits | 2 | Amount of Withdrawals/Debits | 56.03 |
| | | Statement Ending Balance | 796.30- |
| Number of Enclosures | 0 | Average Ledger Balance | 745.27- |
| Number of Days in Cycle | 31 | Service Charge | 51.03 |

### Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 07/05 | 5.00 | Return Of Posted Check / Item (Received On 07-01) Check #0000000061 | 934207010000527 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|
| 61 | 5.00 | 07/01 | 813003420939309 |

### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01 | 750.27- | 07/05 | 745.27- | 07/29 | 796.30- |

06 0003

FILED
JAN - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


Bank of America, N.A.

Customer Service: 1.800.432.1000

Date of Notice:   07/28/05

Account:          Simple Analysis Business Checking
Account Number:   0006 5056 6127

## A Reminder: Notice Of Overdraft.

Our records indicate that your account remains overdrawn in the amount of **$745.27**.

Please make arrangements to deposit the necessary funds to correct this situation. If your account is closed due to an overdrawn balance, we may send a report to ChexSystems, Inc., an account verification service, stating that the account was closed because of unsatisfactory handling. This may result in you being unable to establish an account in any financial institution for up to five years, even after you repay the debt. If you have any questions concerning this matter, please contact Customer Service at the number listed above. Thank you.

DURHAM COUNTY
CENTRALIZED COLLECTIONS - NON IV-D
2433 MAIL SERVICE CENTER
RALEIGH, NC 27699



Department of Health and Human Services
Controller's Office
NC Child Support
Centralized Collections



DANIEL HUBERT ROSS
P.O. BOX 443
CLINTON MD 20735

| MPI NUMBER | STATEMENT DATE | DOCKET NUMBER | CASE ACCOUNT NUMBER |
|---|---|---|---|
| 0003245911 | 07/01/2005 | 3706399CVD000733 | 0003726075 |
| **PREVIOUS ACTIVITY** | | | |
| PRIOR PERIOD: 06/01/2005 TO 07/01/2005 | | NO PAYMENTS RECEIVED | |

### ***NEW CREDIT CARD PAYMENT OPTION***
Child Support Payments can be made by bank draft and credit card via the web.
For more information visit our web site at www.ncchildsupport.com.

---

This coupon is only to be used by obligor below

^ TEAR AT PERFORATION AND RETURN COUPON WITH A PAYMENT ^

**OBLIGOR**
DANIEL HUBERT ROSS
P.O. BOX 443
CLINTON MD 20735

MPI # 0003245911

☐ Check above for change of address
*Please use address form on the back of this coupon.*



SEND PAYMENT TO:
NC Child Support Centralized Collections
P.O. Box 900006
Raleigh, NC 27675-9006

AMOUNT YOU ARE PAYING:
$

In order to assure your payment is correctly posted, write your MPI Number and Social Security Number on your check or money order.
DO NOT SEND CASH. Please print the amount you are paying in the AMOUNT paid box.
**Please make your check or money order payable to NC CHILD SUPPORT.**
For each returned check you will be charged with a $25 fee plus the 10% penalty and interest as prescribed by G.S. 147-86.23.

---

^ TEAR AT PERFORATION AND RETURN COUPON WITH A PAYMENT ^

This coupon is only to be used by obligor below

**OBLIGOR**
DANIEL HUBERT ROSS
P.O. BOX 443
CLINTON MD 20735

MPI # 0003245911

☐ Check above for change of address
*Please use address form on the back of this coupon.*



SEND PAYMENT TO:
NC Child Support Centralized Collections
P.O. Box 900006
Raleigh, NC 27675-9006

AMOUNT YOU ARE PAYING:
$



In order to assure your payment is correctly posted, write your MPI Number and Social Security Number on your check or money order.
DO NOT SEND CASH. Please print the amount you are paying in the AMOUNT paid box.
**Please make your check or money order payable to NC CHILD SUPPORT.**
For each returned check you will be charged with a $25 fee plus the 10% penalty and interest as prescribed by G.S. 147-86.23.

# TRIAD FINANCIAL
CORPORATION

August 3, 2005                                                                                          TR01

                                                         RE:   00040000133444390001

DANIEL H ROSS
PO BOX 443
CLINTON MD 20735


RE:   Account Number: 00040000133444390001
      Vehicle Description: 00 DODGE    DURANGO
      Serial Number: 1B4HS28N6YF289500

      Credit Transaction: Retail Installment Sale of Motor Vehicle
      Amount Now Due:         $708.13
      Notice Mailing Date: August 3, 2005

Pursuant to the terms of the Note Security Agreement you are in default for the failure to pay the monthly payment of $649.88 which is due on the 5 of each month.

      DEMAND IS HEREBY MADE FOR THE FULL IMMEDIATE PAYMENT
          OF THE PAST DUE AMOUNT OF         $708.13.

You are requested to establish dialogue with Triad Financial Corporation regarding the past due amount. If you do not contact our office within 5 days of the date of this notice, you will force us to consider taking further action against you. This is a very serious matter.


Please contact our office immediately at 800 587-4230.



Sincerely,


CHARKEISIA BRACEY
LSR - TX
877-244-7805 Ext. 31080

    THIS IS AN ATTEMPT TO COLLECT THE DEBT AND ANY INFORMATION WILL BE USED
                                  FOR THAT PURPOSE.

ONE PACIFIC PLAZA
7711 CENTER AVENUE, SUITE 100
HUNTINGTON BEACH, CA 92647
(714) 373-8300

MARYLAND DEPARTMENT OF HUMAN RESOURCES

PAGE 1

PRINCE GEORGE'S CTY  
DEPARTMENT OF SOCIAL SERVICES  
4235 28TH STREET  
TEMPLE HILLS MD 20748

District: SOUTH COUNTY MSC  
Customer ID: 427023133  
Case Manager: RONKE OYELEKE-OLOJO  
Telephone: (301) 316-7700  
Date: 07/27/05

Insert in Return Envelope with the Address Below Showing

Mr. DANIEL H. ROSS  
PO BOX 443  
CLINTON MD 20735

PRINCE GEORGE'S CTY  
DEPARTMENT OF SOCIAL SERVICES  
4235 28TH STREET  
TEMPLE HILLS MD 20748

Dear Mr. ROSS:

REDETERMINATION/RECERTIFICATION APPOINTMENT

It is time for us to review your need for Food Stamp Assistance. You must come to our office for an interview on:

DATE: 08/17/05  
TIME: 01:30  
PLACE: SOUTH COUNTY MSC  
4235 28TH STREET  
TEMPLE HILLS MD 20748

When you come in, please bring this notice with you. Be on time and try to arrange day care for small children. If you cannot come in at this time, please call your Case Manager promptly at the number listed above to arrange another time. If we do not hear from you, and you do not keep your appointment, your case will be closed.

Bring current proof of:

* Income, such as copies of checks, pay stubs, or a letter from the people who gave you money;

* Assets, such as bank statements, bonds, car registration, and life insurance policies;

* Where you live and how much you pay for housing, such as rent or mortgage receipts, a copy of your lease, your utility bills or a letter from your landlord;

* Medical costs;

* Child care costs; and

* Your children living with you, such as school or day care records, hospital or doctor's records, and other records which show your child's address.

Other items we need are:

* Birth certificates and Social Security cards for new people in your home; and

MARYLAND DEPARTMENT OF HUMAN RESOURCES

PAGE  2

* Information about any absent parents.

Your Case Manager will tell you at the interview about any other information we need.

      **************   END OF NOTICES      ******************