IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL H. ROSS,
      Plaintiff,

v.

TRIAD FINANCIAL CORPORATION,
Et al.
      Defendants.

Case No. **06-03-CKK**
**AFFIDAVIT OF SERVICE
BY CERTIFIED MAIL**

The undersigned hereby certifies that:

1. I am the plaintiff in this action.

2. That on February 9, 2006, a copy of the Complaint, Amended Complaint, and Summons issued February 3, 2006, was deposited with the United States Postal Service, Certified Mail, #7005 3110 0001 3973 7854, receipt returned requested for service on Defendant:

      Triad Financial Corporation
      P. O. Box 3299
      Huntington Beach, CA 92605

3. As evidence by return receipt signed by Triad and dated February 7, 2006, attached as Exhibit A and incorporated herein, the Complaint, Amended Complaint and Summons were in fact received at that address, by this Defendant.

This 12 day of February, 2006.

Daniel H. Ross, Ph.D., JD
7103 Tarquin Avenue
Camp Springs, MD 20748
202-343-9665

Sworn to and subscribed by me
This 13 day of February, 2006
NOTARY PUBLIC: _____
My Commission Expires: 12/03/2008

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Triad Financial Corporation
   PO Box 3299
   CA 92605

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

   [Postmark: HUNTINGTON BEACH CA, FEB 09 2006]

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0001 3973 7854

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540