IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL H. ROSS,
    Plaintiff,

v.

TRIAD FINANCIAL CORPORATION,
Et al.
    Defendants.

Case No. 06-03-CKK

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**

---

The undersigned hereby certifies that:

1.     I am the plaintiff in this action.

2.     That on February 7, 2006, a copy of the Complaint, Amended Complaint, and Summons issued February 3, 2006, was deposited with the United States Postal Service, Certified Mail, #7005 3110 0001 3973 7847, receipt returned requested for service on Defendant:

> Ourisman Chevolet Co. Inc
> 4400 Branch Avenue
> Marlow Heights, MD 20748

3.     As evidence by return receipt signed by Timothy Bet and dated February 7, 2006, attached as Exhibit A and incorporated herein, the Complaint, Amended Complaint and Summons were in fact received at that address, by this Defendant.

This _13_ day of February, 2006.

Daniel H. Ross, Ph.D., JD
7103 Tarquin Avenue
Camp Springs, MD 20748
202-343-9665

Sworn to and subscribed by me
This _13_ day of February, 2006
NOTARY PUBLIC: _____
My Commission Expires: 12/03/2008

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    OURISMAN Chevrolet
    Co. INC
    4400 BRANCH AVE
    MARlow Heights MD
    20748

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

3. Service Type
    ☐ Certified Mail    ☐ Express Mail
    ☐ Registered       ☐ Return Receipt for Merchandise
    ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 3110 0001 3973 7847

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540