IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL H. ROSS | * |
| | * |
|   Plaintiff | * |
| | *   CIVIL ACTION NO. 06-cv-0003 (CKK) |
| v. | * |
| | * |
| TRIAD FINANCIAL CORPORATION, et al. | * |
| | * |
| | * |
|   Defendants | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF FILING OF AFFIDAVIT AND EXHIBITS IN SUPPORT OF DEFENDANT OURISMAN CHEVROLET CO., INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant, Ourisman Chevrolet Co., Inc. (hereinafter "Ourisman Chevrolet") through its undersigned counsel, respectfully submits the following Exhibits referred to in its Memorandum of Points and Authorities in Support of its Motion to Dismiss, or in the Alternative, for Summary Judgment:

    *EXHIBIT* A:  7/20/01 Buyer's Order;

    *EXHIBIT* B:  7/20/01 Pay Off Information Sheet;

    *EXHIBIT* C:  7/20/01 Simple Interest Motor Vehicle Contract and Security Agreement;

    *EXHIBIT* D:  7/24/01 Ourisman Chevrolet Payoff Check to Household Automotive; and

    *EXHIBIT* E:  Affidavit of Terry Byrd.

The Affiant, Terry Byrd was not available to execute the Affidavit on February 27, 2006 so the Exhibits could not be filed contemporaneously with Defendant Ourisman Chevrolet Co., Inc.'s Motion to Dismiss, or in the Alternative, for Summary Judgment.

Respectfully submitted,

_____/s/_____
Carolyn C. Williamson, Bar No. 466636
CeCe Williamson, LLC
401 Washington Avenue
Suite 204
Towson, Maryland 21204
Telephone: (410) 769-8555
Facsimile: (410) 583-1053

Attorneys for Defendant
Ourisman Chevrolet, Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March 2006, a true copy of the foregoing Notice of Filing of Affidavit and Exhibits in Support of Defendant Ourisman Chevrolet Co., Inc.'s Memorandum of Points and Authorities in Support of Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, was mailed, first-class, postage prepaid, to:

        Daniel H. Ross
        7103 Tarquin Avenue
        Camp Springs, Maryland 20748
        Plaintiff *pro se*

        _____/s/_____
        Carolyn C. Williamson