

**Ourisman CHEVROLET CO., INC.**
4400 BRANCH AVENUE, MARLOW HEIGHTS, MARYLAND 20748
423-4000

STOCK NO. 3227758A

PURCHASER'S FULL NAME: DANIEL (First) HUBERT (Middle) ROSS (Last)
SOCIAL SECURITY NO.: 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
DATE: 07/20/01

ADDRESS: 7103 TARQUIN AVE CAMP SPRINGS MD 20748
RES. PHONE: (301)449-7283
BUS. PHONE: (301)457-8292

PLEASE ENTER MY ORDER FOR THE FOLLOWING ☐ NEW – ☐ DEMO – ☐ USED[XX] – ☐ CAR OR ☐ TRUCK[XX] AS FOLLOWS:

YEAR: 2000   MAKE: DODGE TRUCK   MODEL OR SERIES: DURANGO   BODY TYPE: 4 DR 4X4   COLOR: SILVER   TRIM:
MVI OR SERIAL NO.: 1B4HS28N6YF289500   MILEAGE: 11845   TO BE DELIVERED ON OR ABOUT: JULY 20, 2001

| CASH PRICE OF VEHICLE: | | |
|---|---|---|
| AS EQUIPPED | LIST PRICE | 30280.00 |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | SUB TOTAL | 30280.00 |
| | DISCOUNT | N/A |
| | TOTAL | 30280.00 |
| | 5.00 % TAX | 1514.00 |
| | DEALER PROCESSING CHARGE (not required by law) | 25.00 |
| TAG & TITLE FEES: LICENSE 140.00  LIC. TRANSFER N/A  TITLE 20.00  REGISTRATION 20.00 | | 180.00 |
| | TOTAL CASH DELIVERED PRICE | 31999.00 |

IT IS AGREED AND UNDERSTOOD, THAT THE CUSTOMER WILL SURRENDER HIS TRADE, IN THE SAME CONDITION AS WHEN APPRAISED, WITH THE SAME EQUIPMENT AS WHEN APPRAISED, UNLESS OTHERWISE NOTED IN THIS CONTRACT.

CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLE ONLY
"The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale."

**CREDITS**
| CASH DEPOSIT SUBMITTED WITH ORDER | 3000.00 CASH | | 3000.00 |
|---|---|---|---|
| ALLOWANCE FOR USED CAR TRADE-IN | | 13904.93 | |
| LESS BALANCE OWING TO – HOUSEHOLD AUTOMOTIVE | | 13904.93 | |
| | NET EQUITY TRADE | | N/A |

DESCRIPTION OF TRADE-IN
MAKE: INFINITI   MODEL: I30   TYPE: 4-DOOR   YEAR: 1997   LICENSE NO.:   C.O.D.: N/A
SERIAL NO.: JNKCA21D6VT503706   DRIVERS LICENSE NO.: R200135319542   D.O.B.: 07/08/45   BALANCE DUE ON DELIVERY: 28999.00
TRADE MILES: 81084   TITLE NO.:   DRIVERS LICENSE NO.:   D.O.B.:   SERVICE CONTRACT: 999.00

INSURANCE COMPANY: NATIONWIDE INS
AGENT NAME: JAMES W. MARSHALL   PHONE NO.: (919)493-1418
AGENT'S ADDRESS: 2011 CHAPEL HILL RD DURHAM NC 27707
POLICY NO.: 61N575468   EFF. DATE: 05/01/01

"Purchaser acknowledges that pursuant to Section 15-313, Transportation Article, Annotated Code of Maryland, the insignia, logo or other plate advertising the name of the dealer (seller) may only be placed on the vehicle with the consent of Purchaser or by agreement with the Purchaser. Purchaser hereby expressly consents to the placement of dealer's (seller's) insignia, logo or other name plate on the vehicle and waives any rights to the contrary under said Section 15-313."

The front and back of this Order comprise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, nor will be recognized. I hereby certify that no credit has been extended to me for the purchase of this motor vehicle except as appears in writing on the face of this agreement.

SALESMAN: BEHZAD BAGHAI-VAJI
SSN: SETTLEMENT BY DICK LAMB

APPROVED _____ THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY SALES MGR. ON APPROVED CREDIT

I have read the matter printed on the back hereof and agree to it as a part of this order the same as if it were printed above my signature. I certify that I am 18 years of age, or older, and hereby acknowledge receipt of a copy of this order.

SIGNED: (1) _____ PURCHASER
SIGNED: (2) _____ PURCHASER

Reynolds and Reynolds RO8983 (02/01)