# CHEVROLET.

# Ourisman CHEVROLET CO., INC.

4400 BRANCH AVENUE, MARLOW HEIGHTS, MARYLAND 20748
423-4000

## PAY OFF INFORMATION

Name of Bank ___HOUSEHOLD AUTOMOTIVE___ Phone # ( ) _____

Address _____

City _____ State _____ Zip Code _____

Account Number _____

Car Yr. ___1997___ Make ___INFINITI___ Model ___I30___

Amount of Payoff ___13904.93___ Good Thru _____

Clerk's Name _____

PLEASE FOWARD TITLE/ SECURITY INTEREST FILING

## LOAN CLEARANCE AUTHORIZATION

To: ___OURISMAN CHEVROLET CO., INC.___

Address: ___4400 BRANCH AVE. MARLOW HEIGHTS MD 20748___

I hereby authorize you to accept from Ourisman Chevrolet In The Sum Of $ ___13904.93___ being the balance due on my account and you are instructed upon the receipt of the above amount to surrender the documents of the title properly endorsed and released: You are further instructed to cancel my insurance policy and pay all earned insurance premiums, all unearned interest and brokerage to:

To: _____

Date _____ Signed _____

Year _____ Make _____ Model _____

Serial Number _____

## AFFIDAVIT

This will advise you that your installment salescontract or application for credit sale or lease will be submitted to ___TRAD CORP___ at _____ for purchase or consideration as to whether it meets purchase or lease administration requirements. This notice required in accordance with requirements of the Federal Fair Credit Reporting Act.

_____DEALER SIGNATURE_____    _____CUSTOMER SIGNATURE_____

## AFFIDAVIT

TITLE NO. _____    TITLE GUARANTEE

UNIT ___1997 INFINITI I30___    SERIAL NO. ___JNKCA21D6VT503706___

I, ___DANIEL HUBERT ROSS___ do hereby swear that the above described car is free and clear of all liens and encumbrances.

I further agree to deliver to Ourisman Chevrolet a ~~free and~~ clear assigned negotiable title within five(5) days of this date.

___07/20/01___, 19 ____    _____CUSTOMER SIGNATURE_____
DATE

## AFFIDAVIT

YEAR ___1997___    SERIAL NO. ___JNKCA21D6VT503706___

UNIT ___INFINITI I30___    TITLE NO. _____

I/We, ___DANIEL HUBERT ROSS___ do hereby swear that the balance due ___HOUSEHOLD AUTOMOTI\___ on the above described car will not exceed $ ___13904.93___ and that they are the only lienholder on this car.

Should the balance due them exceed the amount stated above, I/We agree to pay Ourisman Chevrolet the difference within five (5) days from this date.

_____CUSTOMER SIGNATURE_____

Reynolds + Reynolds    SATISFIED CUSTOMERS... Since 1921, the OURISMAN TRADITION