# SIMPLE INTEREST MOTOR VEHICLE CONTRACT AND SECURITY AGREEMENT

**BUYER'S NAME:** DANIEL HUBERT ROSS
**BUYER'S RESIDENCE OR PLACE OF BUSINESS:** 7103 TARQUIN AVE CAMP SPRINGS MD 20748
**ZIP CODE:**
**CO-BUYER'S NAME AND ADDRESS:**

**DATE OF CONTRACT:** 07/20/01
**AGREEMENT No.:**

**Stock No.:** 3227758A
**Source:**
**Salesperson:** BEHZAD
**Date:** 07/20/01
**Bus. Phone:** (301)457-8292
**Res. Phone:** (301)449-7283

In this contract the words "we", "us" and "our" refer to the creditor (seller) named below or, upon any assignment, its assignee. The words "you" and "your" refer to the buyer and co-buyer if any named herein and to the heirs, executors, administrators and assigns of such buyer and co-buyer. We sell you the motor vehicle described below (the "vehicle") on credit. The credit price is shown below as the "Total Sale Price." The "Cash Price" is also shown below. By signing this contract you choose to buy the vehicle on credit and agree to pay the Amount Financed, along with a Finance Charge at the Annual Percentage Rate shown below on the unpaid principal balance of the Amount Financed, according to the schedules, terms and agreements shown on the front and back of this contract. If this contract is signed by a buyer and co-buyer, each is individually and together responsible for all agreements in the contract. You have received from the Seller a buyer's order, purchase order, bill of sale or similar document, and you agree that the terms of such document are incorporated into this contract by this reference.

**SEE OTHER SIDE FOR ADDITIONAL TERMS AND AGREEMENTS:**

| NEW/USED | YEAR | MAKE | CYL. | DIESEL | GAS | OTHER | BODY STYLE | MODEL | ODOMETER READING | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| USED | 2000 | DODGE TRUCK | 8 | | XX | | 4 DR | DURANGO | 11845 | 1B4HS28N6YF289500 |
| | COLOR SILVER | TRIM | | TIRES | | TRANS | KEY NO. | LIC. NO. | R.O.S. NO. | |

## DISCLOSURES PURSUANT TO THE TRUTH-IN-LENDING ACT

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $3000.00 |
|---|---|---|---|---|
| 15.95 % | $ 16793.36 (e) | $ 29998.00 | $ 46791.36 (e) | $ 49791.36 (e) |

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | |
| One Payment of | N/A | |
| 71 Payments of | 649.88 | Monthly, beginning 08/20/01 |
| One Final Payment of | 649.89 | 07/20/07 |

(e) means an estimate

**SECURITY:** You are giving a security interest in the goods or property being purchased.
**LATE CHARGES:** The charge for late payments is $ 5 or 10 % of the payment amount that is past due, whichever is greater, for any payment not received within 15 days of the date it is due.
**PREPAYMENT:** You may pay your contract in full at any time without penalty.
See the remainder of this document for any additional information about nonpayment, default and any required prepayment in full before the scheduled date.

If you are buying a used vehicle with this contract, as indicated in the description of the vehicle above, federal regulations may require a special buyers guide to be displayed on the window.

**THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

Si usted está comprando un vehículo usado mediante este contrato según la descripción del vehículo arriba, la ley federal podrá exigir que la ventanilla demuestre una guía especial para el comprador.

**LA INFORMACION QUE USTED VE EN LA FORMA DE VENTANILLA PARA ESTE VEHICULO ES PARTE DE ESTE CONTRATO. LA INFORMACION EN LA FORMA DE VENTANILLA DOMINA CUALESQUIER ESTIPULACION CONTARIA EN EL CONTRATO DE VENTA.**

### STATEMENT OF INSURANCE

NOTICE: No person is required as a condition of financing the purchase of a motor vehicle to purchase, or negotiate, any insurance through a particular insurance company, agent or broker. You have requested Seller to include in the balance due under this contract the following insurance. Insurance is to expire WITH ☐ BEFORE ☐ AFTER ☐ the due date of the final installment. Buyer requests Seller to procure insurance on the vehicle against fire, theft, and collision for the term of this contract. Any insurance will not be in force until accepted by the insurance carrier.

| | Premium |
|---|---|
| $_____ DED., COMP., FIRE & THEFT _____ Mos. $ | N/A |
| $_____ DEDUCTIBLE COLLISION _____ Mos. $ | N/A |
| BODILY INJURY $_____ LIMITS _____ Mos. $ | N/A |
| PROPERTY DAMAGE $_____ LIMITS _____ Mos. $ | N/A |
| MEDICAL _____ Mos. $ | N/A |
| _____ Mos. $ | N/A |
| **TOTAL VEHICLE INSURANCE PREMIUMS** $ | N/A |

Name of Insurer _____
The foregoing declarations are hereby acknowledged.
X _____  X _____

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| A. Cash Price Motor Vehicle and Accessories | $ 30280.00 | (A) |
| 1. Cash Price Vehicle | $ 30280.00 | |
| 2. Cash Price Accessories | $ N/A | |
| B. Sales Tax | $ 1514.00 | (B) |
| C. Luxury Tax | $ N/A | (C) |
| D. Service Contract (optional)** | $ 999.00 | (D) |
| *See Service Contract Box below | | |
| E. Debt Cancellation Agreement (optional) | $ N/A | (E) |
| F. Tire Tax | $ N/A | (F) |
| G. Other | $ N/A | (G) |
| To whom paid _____ | | |
| H. Other | $ N/A | (H) |
| To whom paid _____ | | |
| **TOTAL CASH PRICE (1A to H)** | $ 32793.00 | (1) |
| A. Trade-In (Description) | | |
| Yr 199_ Make INFINITI Model I30 | $ 13904.93 | (A) |
| V.I.N. JNKCA21D6VT503706 | | |
| Odometer 81084 | | |
| B. Less Prior Credit or Lease Payoff | $ 13904.93 | (B) |
| C. NET TRADE-IN (A minus B) | $ N/A | (C) |
| (If negative, enter "0" and see 5C below) | | |
| D. Cash Downpayment | $ 3000.00 | (D) |
| E. Manufacturer's Rebate | $ N/A | (E) |
| **TOTAL DOWNPAYMENT (2C + D + E)** | $ 3000.00 | (2) |
| **NET CASH PRICE (1 minus 2)** | $ 29793.00 | (3) |
| **AMOUNTS PAID TO PUBLIC OFFICIALS** | | |
| A. License | $ 140.00 | (A) |
| B. Registration | $ N/A | (B) |

| | | | |
|---|---|---|---|
| $ _____ DEDUCTIBLE COLLISION _____ Mos. $ _____ | N/A | C. NET TRADE-IN (A minus B) $ _____ | N/A |
| BODILY INJURY $ _____ LIMITS _____ Mos. $ _____ | N/A | (if negative, enter "0" and see 5C below) | |
| PROPERTY DAMAGE $ _____ LIMITS _____ Mos. $ _____ | N/A | D. Cash Downpayment $ | 3000.00 |
| MEDICAL _____ Mos. $ _____ | N/A | E. Manufacturer's Rebate $ | N/A |
| _____ Mos. $ _____ | N/A | TOTAL DOWNPAYMENT (2C + D + E) $ | 3000.00 (2) |
| TOTAL VEHICLE INSURANCE PREMIUMS $ _____ | N/A | 3. NET CASH PRICE (1 minus 2) $ | 29793.00 (3) |

Name of Insurer _____
The foregoing declarations are hereby acknowledged.

X _____   X _____
DATE   SELLER   BUYER

**CREDIT INSURANCE AUTHORIZATION**
You voluntarily request the credit insurance checked below, if any, and understand that such insurance is not required. You acknowledge disclosure of the cost of such insurance and authorize it to be included in the balance payable under this contract. Any returned or refunded credit insurance premiums shall be applied to sums due under this contract. Only the persons whose names are signed below are insured.

| | | | |
|---|---|---|---|
| CREDIT LIFE _____ | N/A | Mos. Premium $ _____ | N/A |
| JOINT LIFE _____ | N/A | Mos. Premium $ _____ | N/A |
| CREDIT DISABILITY _____ | N/A | Mos. Premium $ _____ | N/A |
| JOINT CREDIT DISABILITY _____ | | Mos. Premium $ _____ | N/A |
| TOTAL CREDIT INSURANCE PREMIUMS $ _____ | | | N/A (b) |

Name of Insurer _____ N/A

☐ You want Credit Life Insurance   ☐ You do not want Credit Life Insurance
☐ You want Credit Disability Insurance
☐ You want Joint Credit Life Insurance
☐ You want Joint Credit Disability Insurance
☐ You do not want Credit Disability Insurance

If the boxes above are checked to indicate that you desire Credit Life or Credit Disability Insurance, or both, your signature below and on an application for insurance that you have completed in connection with this contract means that you agree that you elect the insurance shown above subject to the eligibility requirements, conditions and exclusions set forth in your insurance policy(ies) or certificate(s). If the boxes above are checked to indicate that you do not want Credit Life or Credit Disability Insurance, or both, your signature below acknowledges that fact.

X _____
DATE   BUYER
X _____
DATE   CO-BUYER

You request an optional Debt Cancellation Agreement to be provided by someone other than the Seller. The purchase of a Debt Cancellation Agreement is not required to obtain credit. The cost of the Debt Cancellation Agreement (also shown in item 5A of the Itemization of Amount Financed) is $ _____ (c)

X _____   X _____
DATE BUYER   DATE CO-BUYER

4. **AMOUNTS PAID TO PUBLIC OFFICIALS**

| | | |
|---|---|---|
| A. License | $ | 140.00 (A) |
| B. Registration | $ | N/A (B) |
| C. Title | $ | 20.00 (C) |
| D. Transfer | $ | N/A (D) |
| E. Temporary Tag | $ | N/A (E) |
| F. Lien | $ | 20.00 (F) |
| G. Inspection | $ | N/A (G) |
| H. Other | $ | 25.00 (H) |
| TOTAL OFFICIAL FEES (4A to H) | $ | 205.00 (4) |

5. **OTHER AMOUNTS FINANCED**\*\*

| | | |
|---|---|---|
| A. Total premiums paid to insurance companies per Statement of Insurance (a + b + c) | $ | N/A (A) |
| B. Other | $ | N/A (B) |
| To whom paid _____ | | |
| C. Prior Credit or Lease Balance | $ | N/A (C) |
| To whom paid _____ | | |
| D. Other | $ | N/A (D) |
| To whom paid _____ | | |
| TOTAL OTHER AMOUNTS FINANCED (5A to D) | $ | N/A (5) |

6. AMOUNT FINANCED (3 + 4 + 5) $ 29998.00 (6)
7. FEES NOT FINANCED $ N/A (7)
   To whom paid _____

\*\*We may retain or receive a portion of these amounts.

**VEHICLE USE:** The primary use of the vehicle will be
☒ Personal, Family or Household   ☐ Commercial   ☐ Agricultural

\*SERVICE CONTRACT (Optional) You request a service contract written with the following company for the term below. The cost is shown in item (1D) above.

Company _____ F.W.S.   Term 60 Months
Buyer X _____   Co-Buyer X _____

OPTION: ☐ You pay no Finance Charge if the Amount Financed, item 6, is paid in full on or before _____ Year _____ . SELLERS INITIALS _____

## THERE IS NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or other cancellation period for this sale. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud.

Buyer and Co-Buyer acknowledge that (1) before signing this contract Buyer and Co-Buyer have read both sides of this contract and received a legible, completely filled-in copy of this contract; and (2) Buyer and Co-Buyer have received a copy of every other document that Buyer and Co-Buyer signed during the contract negotiation.

Buyer's Signature X _____
Co-Buyer's Signature X _____

Seller _____ OURISMAN CHEVROLET CO., INC.
Seller's Address _____ 400 BRANCH AVE. MARLOW HEIGHTS MD 207
By X _____   Title _____

LAW' FORM NO. 553-MD (REV. 10/00)
© 2000 Reynolds and Reynolds ORDER TOLL FREE 1-800-344-0996
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

TRIPLICATE