# Ourisman
## CHEVROLET CO., INC.
4400 BRANCH AVENUE, MARLOW HEIGHTS, MARYLAND 20748
(301) 423-4000

No. 159988

15-3 / 540

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
MAIN OFFICE - 1503 PENNA. AVE., N.W.

CHECK# 159988

**THIRTEEN THOUSAND NINE HUNDRED FOUR DOLLARS AND 93/100**

| DATE | AMOUNT |
|---|---|
| 07/24/01 | $13,904.93 |

TO THE ORDER OF:
HOUSEHOLD AUTOMOTIVE
P.O. BOX 17903
SAN DIEGO CA 92177-7903

OURISMAN CHEVROLET CO., INC.

TWO SIGNATURES REQUIRED
**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

⑆159988⑆ ⑉054000030⑉ 01⑊17307826⑊

NAME  HOUSEHOLD AUTOMOTIVE          NUMBER  M          DATE 07/24/01

TO PAY OFF 1997 INFINITI

| CUSTOMER | | YR VEH MAKE | CARLINE | VIN |
|---|---|---|---|---|
| LOAN# | ACCT#  AMOUNT  CTRL# | | DESC | |
| DANIEL HUBERT ROSS | | 97 INFINITI | I30 | JNKCA21D6VT503706 |
| 522154 | 301  13904.93  112024 | | DANIEL HUBERT ROSS | |

SEND TITLE TO: OURISMAN CHEVROLET CO., INC
4400 BRANCH AVENUE
MARLOW HEIGHTS MD 20748

| REMITTANCE ADVICE DETACH AND RETAIN | OURISMAN CHEVROLET CO., INC. MARLOW HEIGHTS, MD. 20748 | CHECK NO. 159988 | NET AMOUNT | $13,904.93 |
|---|---|---|---|---|