IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL H. ROSS | * |
| | * |
| Plaintiff | * |
| | * CIVIL ACTION NO. 06-cv-0003 (CKK) |
| v. | * |
| | * |
| TRIAD FINANCIAL CORPORATION, | * |
| et al. | * |
| | * |
| Defendants | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF TERRY BYRD

I, Terry Byrd, under penalty of perjury, hereby declare as follows:

1. I am over eighteen years of age and I am competent to testify to the matters set forth herein, which testimony is based upon my personal knowledge.

2. I am the Office Manager for Ourisman Chevrolet Co., Inc.

3. My professional responsibilities include maintaining the business records for Ourisman Chevrolet Co., Inc.

4. In my capacity as custodian of records, I have reviewed Exhibits A, B, C and D attached to Ourisman Chevrolet Co., Inc.'s memorandum in support of motion to dismiss. The Exhibits are true and accurate copies of the following documents maintained in the original transaction file for Daniel Hubert Ross: Exhibit A - 7/20/01 Buyer's Order; Exhibit B – 7/20/01 Pay Off Information Sheet; Exhibit C - 7/20/01 Simple Interest Motor Vehicle Contract and Security

Agreement; and Exhibit D – Ourisman Chevrolet Co., Inc. 7/24/01 Payoff Check to Household Finance.

I solemnly declare under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Executed on February 28, 2006

*Terry Byrd*
Terry Byrd
Office Manager
Ourisman Chevrolet Co., Inc.