IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL H. ROSS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 06-cv-0003 (CKK) |
| TRIAD FINANCIAL CORPORATION, et al. | * | |
| | * | |
| Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS OF DEFENDANT TRIAD FINANCIAL CORPORATION

Defendant Triad Financial Corporation ("Triad"), by FERGUSON, SCHETELICH & BALLEW, P.A. and Michael K. Hourigan, its attorneys, pursuant to Rule 12(b)(3) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the Complaint and First Amended Complaint of Plaintiff Daniel H. Ross, and states as follows:

1.   Plaintiff's Complaint and First Amended Complaint fail to state a claim upon which relief can be granted in that they are barred by the applicable statute of limitation.

2.   This Court is the improper venue for this case.

3.   Triad adopts and incorporates the Memorandum of Points and Authorities in Support of Motion to Dismiss of Defendant Triad Capital Corporation, filed contemporaneously herewith.

WHEREFORE, Triad respectfully requests that this Honorable Court:

A.  Grant Triad's Motion to Dismiss;

B.  Dismiss Plaintiff's Complaint and First Amended Complaint with prejudice; and/or

C.  Provide such other further relief as the Court may deem appropriate.

                Respectfully submitted,

                FERGUSON, SCHETELICH & BALLEW, P.A.

By:     /s/
       Michael K. Hourigan
       Bar No.: 472357
       100 South Charles Street, Suite 1401
       Baltimore, Maryland 21201
       (410) 837-2200 (telephone)
       (410) 837-1188 (facsimile)
       Attorneys for Triad Financial Corporation

## REQUEST FOR ORAL HEARING

Defendant Triad Financial Corporation, by FERGUSON, SCHETELICH & BALLEW, P.A. and Michael K. Hourigan, its attorneys, requests a hearing on its Motion to Dismiss.

                /s/
                Michael K. Hourigan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2006, a copy of the foregoing Motion to Dismiss of Defendant Triad Financial Corporation, Memorandum in Support of Motion to Dismiss of Defendant Triad Financial Corporation, and Request for Oral Hearing was mailed first class, postage prepaid, to Daniel H. Ross, 7103 Tarquin Avenue, Camp Springs, Maryland 20748, *pro se*.

_____/s/_____
Michael K. Hourigan