IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL H. ROSS                              *

     Plaintiff                         *

v.                                          *    Civil Action No.: 06-cv-0003 (CKK)

TRIAD FINANCIAL CORPORATION,                *
et al.
                                            *

     Defendants                        *

*   *   *   *   *   *   *   *   *   *   *   *

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Triad Financial Corporation, certify that to the best of my knowledge and belief, no parent companies, subsidiaries or affiliates of Triad Financial Corporation have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

FERGUSON, SCHETELICH & BALLEW, P.A.

By:      _____/s/_____
      Michael K. Hourigan
      Bar No.: 472357
      100 South Charles Street, Suite 1401
      Baltimore, Maryland  21201
      (410) 837-2200 (telephone)
      (410) 837-1188 (facsimile)
      Attorneys for Triad Financial Corporation