IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL H. ROSS
    Plaintiff

v.                                CIVIL ACTION NO. 06-cv-0003 (CKK)

TRIAD FINANCIAL CORPORATION,
Et al.
    Defendants

---

**NOTICE OF FILING OF AFFIDAVIT AND EXHIBITS IN SUPPORT OF PLAINTIFF DANIEL H. ROSS'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONSE IN OPPOSITION TO MOTION TO DISMISS OF DEFENDANTS, AND FOR A JURY TRIAL**

---

Plaintiff, Daniel H. Ross, respectfully submits the following Exhibits referred to in his Memorandum of Points and Authorities in Support of Response opposing Motion to Dismiss of the Defendants and for a jury trial:

EXHIBIT C:   7/30/01 Maryland Certificate of Title

EXHIBIT D:   7/20/01 Maryland Temporary Registration

EXHIBIT E:   Supplement to Conditional Sales Contract and Simple Interest Motor Vehicle Contract and Security Agreement.

EXHIBIT F:   **Settlement** Officer Dick Lamb's Notice:

                YOUR TAGS ARE HERE;

EXHIBIT G:   Affidavit of Daniel H. Ross

Respectfully submitted,

Daniel H. Ross, PhD.JD
7103 Tarquin Avenue
Camp Spring, MD 20748
(202) 343-9665

# MARYLAND CERTIFICATE OF TITLE
**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR VOIDS**

R 115287

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |

| EXCEPT | GR VEH WT | GR COMB WT | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |

OWNER'S SOUNDEX / DRIVER LICENSE NO.     CO-OWNER'S SOUNDEX / DRIVER LICENSE NO.

**NAME(S) AND ADDRESS OF REGISTERED OWNER(S)**
DANIEL HUBERT ROSS
7103 TARQUIN AVE
CAMP SPRINGS MD 20748

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

**CONTROL NO.**
(This is not a Title No.)
R0115287

R 115287

I, THE UNDERSIGNED, HEREBY CERTIFY THAT AN APPLICATION FOR CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON, PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS STATE, AND THE APPLICANT NAMED ON THE FACE HEREOF HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE.

THE ADMINISTRATION WILL NOT BE RESPONSIBLE FOR FALSE OR FRAUDULENT ODOMETER STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE OR FOR ERRORS MADE IN RECORDING BY THE ADMINISTRATION.

**NAME(S) AND ADDRESS OF SECURED PARTIES IN RECORDED ORDER**
TRIAD CAPITOL CORP
PO BOX 3299
HUNTINGTON BEACH CA 92605

**LIEN RELEASE**

Exhibit C

| | | | | TEMPORARY TAG NO. *17757W* |
|---|---|---|---|---|
| MVA 6601 Ritchie Highway, NE Glen Burnie, MD 21062 Motor Vehicle Administration | MARYLAND TEMPORARY REGISTRATION CERTIFICATE | | | |

DEALER PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED

| YEAR | MAKE OF VEHICLE | BODY STYLE | VEHICLE IDENTIFICATION NUMBER | ODOMETER MILEAGE |
|---|---|---|---|---|
| 2000 | DODGE TRUCK | DURANGO | 1D4HS28N6YF289500 | 11845 |

NAME(S) OF PURCHASER(S): DANIEL H ROSS         DRIVER'S LICENSE NUMBER(S): R200135319642

ADDRESS OF PURCHASER(S): 7103 TARQUIN AVE   CAMP SPRINGS   MD   20748
STREET ADDRESS                CITY OR TOWN     COUNTY  STATE  ZIP CODE

NAME(S) OF CO-PURCHASER(S): _____   DRIVER'S LICENSE NUMBER(S): _____

ADDRESS OF CO-PURCHASER(S): _____
STREET ADDRESS                CITY OR TOWN     COUNTY  STATE  ZIP CODE

                    OURISMAN CHEVROLET CO.         DEALER'S NUMBER: 180000400050
ADDRESS OF DEALERSHIP: 4400 BRANCH AVE.            FULL PURCHASE PRICE: $30280.00

INSURANCE CERTIFICATION   NAME OF INSURANCE CO.: NATIONWIDE INS
                          AGENT OR BROKER: JAMES N. MARSHALL       POLICY OR BINDER NO.: 61N575468

This is to certify that the purchaser(s) named herein have made application for and were issued a temporary registration plate for the vehicle so described and have exhibited proof of minimum automobile liability insurance as required by the applicable article and section of the annotated code of Maryland. We further certify, under penalty of perjury, that the statements made herein are true and correct, to the best of our knowledge, information and belief.

SIGNATURE OF PURCHASER(S): X [signature]
DATE OF SALE: 07/20/01
SIGNATURE OF DEALERSHIP: [signature]
DATE OF DELIVERY: 07/20/01

EXPIRATION DATE: _____   REASON FOR VOID: _____   TAG RETURNED: ☐ YES  ☐ NO

TEMP. TAG NO.: 17757W   DEALER NAME: EXHIBIT D   DEALER #: _____   DATE: _____
AUTHORIZED SIGNATURE: _____   CUSTOMER

| **OURISMAN CHEVROLET CO., INC.** | **OURISMAN MITSUBISHI** |
|---|---|
| 4400 Branch Ave. | 4404 Branch Ave. |
| Marlow Heights, MD 20748 | Marlow Heights, MD 20748 |
| **(301) 423-4000** | **(301) 423-4400** |

### SUPPLEMENT TO CONDITIONAL SALES CONTRACT

This SUPPLEMENTAL AGREEMENT is made this _____ day of _____ 20_____ between OURISMAN CHEVROLET CO., INC./OURISMAN MITSUBISHI the seller and the undersigned PURCHASER.

WITNESSETH:

1) In consideration of the delivery to the Purchaser by the Seller of the motor vehicle described in the attached Conditional Sales Contract, Purchaser agrees that subject to notification by Dealer within twenty one (21) days of Purchaser not receiving approval from a lending source for the contract on terms acceptable to Dealer, Purchaser agrees to return the vehicle in good condition without excess mileage and the sales transaction may be rescinded upon such return of said motor vehicle, both Seller and Purchaser shall be relieved of any further obligation or liability to the other, except that Seller shall refund any cash deposit previously made by the Purchaser and any trade-in delivered to the Seller, less the expense of any repair which Seller may incur in repairing any damage to its motor vehicle. If Purchaser shall fail to return and deliver the motor vehicle as above provided, Dealer shall be entitled to all remedies provided by law and all other statutory and common law remedies including, but not limited to, the right to self help, repossession, collection/repossession costs, reasonable interest and reasonable attorney's fees.

2) Purchaser acknowledges and represents that he/she possesses a valid driver's license, current motor vehicle liability/collision insurance and assumes risk of loss of the vehicle while in his/her possession. Purchaser understands that all financing decisions are made by a financial institution not Ourisman Chevrolet/Ourisman Mitsubishi.

3) Purchaser agrees that if a financing source other than the one originally contemplated agrees to purchase the contract with the same conditions and terms as the original lending source, Purchaser will execute the replacement contract and related documents.

4) Purchaser agrees to provide title and, if applicable, a lien release on Purchaser's trade-in vehicle. If Purchaser does not within reasonable time provide title, Purchaser agrees to be liable to the Dealer in the amount of the trade value or payoff, whichever is higher.

5) Purchaser hereby grants Dealer the unconditional Power of Attorney to order a duplicate title, have it sent to the Dealer and the right for Dealer to execute its transference on behalf of the Purchaser.

OURISMAN CHEVROLET CO., INC./OURISMAN MITSUBISHI        Signature: _____
Seller
By: _____ Sett. Officer        Signature: _____

EXHIBIT E

**THIS IS A CONSUMER CREDIT SALE DOCUMENT**

## SIMPLE INTEREST MOTOR VEHICLE CONTRACT AND SECURITY AGREEMENT

| BUYER'S NAME | DATE OF CONTRACT | Stock No. 3227758A |
|---|---|---|
| DANIEL HUBERT ROSS | 07/20/01 | |

BUYER'S RESIDENCE OR PLACE OF BUSINESS: 7103 TARQUIN AVE  CAMP SPRINGS  MD 20748

Source: _____
Salesperson: BEHZAD
Date: 07/20/01
Bus. Phone: (301)457-8292
Res. Phone: (301)449-7283

CO-BUYER'S NAME AND ADDRESS

In this contract the words "we," "us" and "our" refer to the creditor (seller) named below or, upon any assignment, its assignee. The words "you" and "your" refer to the buyer and co-buyer if any named herein and to the heirs, executors, administrators and assigns of such buyer and co-buyer. We sell you the motor vehicle described below (the "vehicle") on credit. The credit price is shown below as the "Total Sale Price." The "Cash Price" is also shown below. By signing this contract you choose to buy the vehicle on credit and agree to pay the Amount Financed, along with a Finance Charge at the Annual Percentage Rate shown below on the unpaid principal balance of the Amount Financed, according to the schedules, terms and agreements shown on the front and back of this contract. If this contract is signed by a buyer and co-buyer, each is individually and together responsible for all agreements in the contract. You have received from the Seller a buyer's order, purchase order, bill of sale or similar document, and you agree that the terms of such document are incorporated into this contract by this reference.

SEE OTHER SIDE FOR ADDITIONAL TERMS AND AGREEMENTS.

| NEW/USED | YEAR | MAKE | CYL | DIESEL | GAS | OTHER | BODY STYLE | MODEL |
|---|---|---|---|---|---|---|---|---|
| USED | 2000 | DODGE TRUCK | 8 | | XX | | 4 DR | DURANGO |
| COLOR | SILVER | TRIM | TIRES | TRANS | KEY NO | | | |

### DISCLOSURES PURSUANT TO THE T[RUTH IN LENDING ACT]

| ANNUAL PERCENTAGE RATE  The cost of your credit | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. |
|---|---|---|
| 15.95 % | $ 16733.36 | $ 23998.00 |

YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments | Amount of Payments |
|---|---|
| One Payment of | N/A |
| One Payment of | N/A |
| 71 Payments of | 649.88 |
| One Final Payment of | 649.88 |

**SECURITY:** You are giving a security interest in the goods or property being purchased.

**LATE CHARGES:** The charge for late payments is $ 5 or 10 greater, for any payment not received within 15 days of the date it is due.

**PREPAYMENT:** You may pay your contract in full at any time without penalty.

See the remainder of this document for any additional information about nonpayment, default and [prepayment refunds and penalties].

If you are buying a used vehicle with this contract, as indicated in the description of the vehicle above, federal regulations may require a special buyers guide to be displayed on the window.

**THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

Si usted esta comprando un vehiculo usado mediante este contrato según la descripción del vehiculo arriba, la ley federal podrá exigir que la ventanilla demuestre una guía especial para el comprador.

**LA INFORMACION QUE USTED VE EN LA FORMA DE VENTANILLA PARA ESTE VEHICULO ES PARTE DE ESTE CONTRATO. LA INFORMACION EN LA FORMA DE VENTANILLA DOMINA CUALESQUIER ESTIPULACION CONTARIA EN EL CONTRATO DE VENTA.**

### STATEMENT OF INSURANCE

**NOTICE:** No person is required as a condition of financing the purchase of a motor vehicle to purchase, or negotiate, any insurance through a particular insurance company, agent or broker. You have requested Seller to include in the balance due under this contract the following insurance. Insurance is to expire WITH ☐ BEFORE ☐ AFTER ☐ the [final installment.] Buyer requests Seller to procure insurance on the vehicle against fire, theft, and collision for the term of this contract. Any insurance will not be in force until accepted by the insurance carrier.

| | Premium | | |
|---|---|---|---|
| $_____ DED., COMP., FIRE & THEFT _____ | Mos. $ _____ | | N/A |
| $_____ DEDUCTIBLE COLLISION _____ | Mos. $ _____ | | N/A |
| BODILY INJURY $_____ LIMITS _____ | Mos. $ _____ | | N/A |
| PROPERTY DAMAGE $_____ LIMITS _____ | Mos. $ _____ | | N/A |
| MEDICAL _____ | Mos. $ _____ | | N/A |
| | Mos. $ _____ | | N/A |

TOTAL VEHICLE INSURANCE [PREMIUMS]

EXHIBIT E

---

Check (overlaid):

5166
66-19/530 NC 1506

DANIEL H. ROSS TRUST ACCOUNT
7103 TARQUIN AVE.
TEMPLE HILLS, MD 20748-6923

PAY TO THE ORDER OF _____ $ 764.49

_____ DOLLARS

Bank of America
ACH R/T 053000196

FOR _____

⑆005166⑆ ⑉053000196⑉ 000 50 566 127⑈

"This check has been physically filed for safekeeping. Do not present. Do not cash. Retain the check."

---

Price
purchase
your down 3000.00
36 (e)

793.00
(1)

000.00

**You always get your way at...**

# Ourisman
## CHEVROLET CO., INC.

4400 BRANCH AVENUE, MARLOW HEIGHTS, MARYLAND 20748-1899 • PHONE (301) 423-4000
FAX (301) 423-5725

Mr. Daniel Hubert Ross, Esq.
7103 Tarquin Ave.
Camp Springs, MD 20748

May 3, 2005

Dear Mr. Ross,

    Enclosed you find a copy of the check we sent to Household Automotive on July 24, 2001 to pay off your Infiniti. As of July 24, 2001 you do not owe any money to Household for your Infiniti.

Sincerely,

Abbas Khademi
General Manager
Ourisman Chevrolet

AK:ab

Exhibit E

*SINCE 1921... one of America's Leading Chevrolet Dealers*



**Ourisman CHEVROLET CO., INC.**
4400 BRANCH AVENUE, MARLOW HEIGHTS, MARYLAND 20748
(301) 423-4000

No. 159988     15-3/540

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
MAIN OFFICE - 1503 PENNA. AVE. N.W.

CHECK# 159988

**THIRTEEN THOUSAND NINE HUNDRED FOUR DOLLARS AND 93/100**

| DATE | AMOUNT |
|---|---|
| 07/24/01 | $13,904.93 |

TO THE ORDER OF:
HOUSEHOLD AUTOMOTIVE
P.O. BOX 17903
SAN DIEGO CA 92177-7903

OURISMAN CHEVROLET CO., INC.

TWO SIGNATURES REQUIRED
**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

⑈159988⑈ ⑆054000030⑆ 01⑈173078 26⑈

NAME: HOUSEHOLD AUTOMOTIVE    NUMBER M    DATE 07/24/01
TO PAY OFF 1997 INFINITI

| CUSTOMER | | YR VEH MAKE | CARLINE | | VIN |
|---|---|---|---|---|---|
| LOAN# | ACCT# AMOUNT | CTRL# | | DESC | |
| DANIEL HUBERT ROSS | | 97 INFINITI | I30 | | JNKCA21D6VT503706 |
| 522154 | 301  13904.93 | 112024 | | | DANIEL HUBERT ROSS |

SEND TITLE TO: OURISMAN CHEVROLET CO., INC
4400 BRANCH AVENUE
MARLOW HEIGHTS MD 20748

| REMITTANCE ADVICE DETACH AND RETAIN | OURISMAN CHEVROLET CO., INC. MARLOW HEIGHTS, MD. 20748 | CHECK NO 159988 | NET AMOUNT | $13,904.93 |

EXHIBIT E

*[Rotated invoice, sideways on page - Ourisman Chevrolet dealer invoice]*

**OURISMAN CHEVROLET CO. INC.**
AMERICA'S LEADING DEALER • EST. 1921
4400 BRANCH AVE., MARLOW HEIGHTS, MD, WASHINGTON, D.C. 20748
PHONE 423-4000

INVOICE NO. 129167    SLS. NO. 3227758A
DATE: 07/20/01

CONTROL NO.: 112024
ODOMETER: 11845
SOLD TO: DANIEL HUBERT ROSS
ADDRESS: 7103 TAROUIN AVE, CAMP SPRINGS MD 20748
TEL. NO.: (301)449-7283  (301)467-8292

NEW OR USED: USED
SERIAL NO.: 1B4HS28N6YF289500
YR. & MAKE: 2000 DODGE TRUCK

INSURANCE COVERAGE INCLUDES: NO LIABILITY INSURANCE INCLUDED
SERV./CONTRACT --> 999.00

USED CAR TRADED:
YEAR: 1997  MAKE: INFINITI  MODEL: I30  SERIAL NO.: JNKCA21D6VT503706

COLOR: SILVER  MODEL: DURANGO  4-DOOR
SALESMAN: BEHZAD BAGHAT-VAJI

**SERVICE DEPARTMENT REMINDERS**
ALWAYS HAVE YOUR WARRANTY BOOK IN YOUR CAR FOR SERVICE
WE WILL NOT BE RESPONSIBLE FOR ANY PERSONAL PROPERTY LEFT IN YOUR CAR
WE DO NOT ACCEPT CHECKS FOR PAYMENT OF SERVICE OR PARTS PURCHASES-BUT-
WE HONOR THE FOLLOWING CREDIT CARDS:
AMERICAN EXPRESS  CARTE BLANCHE
VISA
CHOICE
MASTER CARD
DINERS CLUB

| DESCRIPTION | PRICE |
|---|---|
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | 30280.00 |

112024

| | |
|---|---|
| | 30280.00 |
| SALES TAX | 1514.00 |
| OTHER CHARGES TAGS & TITLE FEES | 205.00 |
| MIC. INSURANCE  GAP + VSI = 1694.00 | N/A |
| CREDIT LIFE INSURANCE | N/A |
| ACCIDENT & HEALTH INS. | N/A |
| **TOTAL CASH PRICE** | 32999.00 |
| USED CAR ALLOW. | 3000.00 |
| AUTHOR. DISCOUNT | N/A |
| BALANCE DUE | N/A |
| UNPAID BAL. | 13904.95 |
| FINANCE CHG. | N/A |
| PAYMENTS OF 72 EACH | 13904.95 |
| PAYABLE | 29999.00 |
| ON THE 20th DAY OF EACH MONTH | 16793.30 |
| BEGINNING 08/20/01 | |
| FINANCED CAPITOL CORP | |
| CASH ON DELIVERY REC. # | 649.88 EACH |
| INVOICE NO. 129167 | **TOTAL** 46793.30 |

HOUSEHOLD AUTOMOTIVE
Always Bring Your
*Car Here For*
*Factory Authorized*
*Service*

[Stamp: YOUR TAGS ARE HERE]

SETTLEMENT OFFICER: DICK LAMB
Reynolds and Reynolds CC187537 (6/98)

**EXHIBIT E**

## CERTIFICATE OF SRVICE

I HEREBY CERTIFY that on this 23 day of March 2006, a true copy of the foregoing Notice of Filing of Affidavit and Exhibits in Support of Plaintiff Daniel H. Ross's Memorandum of Points and Authorities in Support of Response in Opposition to Motion to Dismiss, and for a Jury Trial, were mailed, first-class, postage prepaid, to:

Ms Carolyn C. Williamson
401 Washington Avenue
Suite 204
Towson, Maryland 21204

Mr. Michael K. Hourigan
100 South Charles Street, Suite 1401
Baltimore, Maryland 21201

Daniel H. Ross, PhD.JD
7103 Tarquin Avenue
Camp Spring, MD 20748
(202) 343-9665