IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL H. ROSS
    Plaintiff,

vi.                              CIVIL ACTION NO. 06-CV-0003(CKK)

TRIAD FINANCIAL CORPORATION,
et al.,    Defendants.

---

**TABLE OF CASES AND OTHER AUTHORITIES CITED IN SUPPORT OF PLAINTIFF'S RESPONSE INOPPOSITION TO MOTION TO DISMISS OF DEFENDANTS**

---

Asahi Metal Indus. V. Super. Ct. of Cal. 480 U.S. 102, 109 (1988)

Bell v. Hood, 327 U.S. 678, 684 (1946)

Bonds v. District of Columbia, 93 F.3d 801, 807-08 (D.C. Cir. 1996)

Calder v. Jones, 465 U.S. 783, 788 (1984)

Chambers v. NASCO, 501 U.S. 32, 46 (1991)

Carey v. Piphus, 435 U.S. 247 (1978)

Conley v. Gibson, 355 U.S. 41, 45-46, 78 S. Ct. 99 (1957)

Crane v. New York Zoological Soc., 894 F.2d 454, 456 (D.C. Cir. 1990)

City of Boerne v. Flores, 521 U.S. 507, 517

Davis v. Passman, 442 U.S. 228, 246-247

Daynard v. Ness, Motley, Loadholt, Richardson & Poole, P. A., 290 F.3d 42, 55-60 (1st. Cir. 2002)

Denver & R.G.W.R.Co. v. Railroad Trainmen, 387 U.S. 556, 560

Helicopteros Nacionales de Colombia v. Hall, 466 U.S. 408 (1984), 443 U.S. 173, 180 (1979)

Herbert v. Na'l Acad. Of Sciences, 974 F.2d 192, 197 (D.C. Cir. (1992)

Hohri v. United States, 782 F.2d 227, 241 (D.C. Cir. 1986)

Jenkins v. McKeithen 395 U.S 411, 421-22, 89 S. Ct. 1843 (1969)

Keeton v. Hustler Magazine, Inc., 465 U.S. 770, 780 (1984)

Koons v. Buick, 319 F.3d 119, 121-122 (CA4 2003)

Koons Buick Pontiac GMC, Inc. v. Nigh, 540 U.S. 1148 (2004)

Kulko v. California Superior Court, 436 U.S. 84, 92 (1978)

Leroy v. Great W. United Corp., 443 U.S. 173, 180 (1979)

Marina Mgmt. Services, Inc. v. Vessel My Girls, 202 F.3d 315, 325 (D.C. Cir. 2000)

Markham v. Colonia Mortgage Service Co., 605 F.2d 566, 571 (D.C. Cir. 1979)

Marr v. Rife, 503 F.2d 735, 741 (6th Cir. 1974)

Second Amendment Found v. U.S. Conference of Mayors, 274 F.3d 521, 524 (D.C. Cir. 2001)

Shepherd v. American Broadcasting Co., 62 F.3d 1469, 1474 (D.C. Cir. 1995)

Silverman v. Eastrich Multile Investor Fund, L.P., 51 F.3d 28, 32-33 (3d Cir. 1995)

Swierkiewicz v. Sorema, N.A., 534 U.S. 506, 512 (2002)

United States v. Chevy Chase Fed. Sav. Bank, No. 94-1824 (JG) (D.D.C., **consent decree** filed August 22, 1994)

United States v. Landmark Financial Services Inc. 126 F. Supp. 623, 628 (D. Md. 1985)

Williamson v. Petrosakh Joint Stock Co., 952 F. Supp. 495, 498 (S.D. Tex. 1997)

**STATUTORY AUTHORITY**

Truth in Lending Act 15 U.S.C. 1601

Equal Credited Opportunity Act 15 U.S.C. 1691

28 USC 1331

28 USC 1332

28 USC 1337

28 USC 2201

28 USC 2202

42 USC 1981

42 USC 1986

Fed. R. Civ. P. 9(b)

Fed. R. Civ. P. 1(b)(2) & 12(b)(6)

Fed. R. Civ. P. 38