UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL H. ROSS,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TRIAD FINANCIAL CORPORATION, et al.,<br><br>　　　Defendants. | Civil Action No. 06-003 (CKK) |

### ORDER

In accordance with the Memorandum Opinion issued this 27 day of June, 2006, it is

**ORDERED** that the Defendants' motions to dismiss [7][11] are **GRANTED IN PART.**

It is

**FURTHER ORDERED** that the case is **TRANSFERRED** to the District of Maryland.

　　　　　　　　　　　　　　　　　　　　／s／ Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　United States District Judge